# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-2325, 3D21-2326
Lower Tribunal Nos. B20-21201, M20-20052

_____

**Lamont Collins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Lamont D. Collins, in proper person.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before EMAS, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.